UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,

    Plaintiffs,

v.

GANESHA RESTAURANT, et al.,

    Defendants.

Case No. 15-cv-02282-KAW

**ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL WITHIN 60 DAYS**

This case settled at a mediation session held on May 25, 2016. (Dkt. No. 18.) Accordingly, the parties shall file a stipulation of dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: 05/27/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge