| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, |
|   | *A PROFESSIONAL LAW CORPORATION* |
| 3 | 1832-A Capitol Street |
|   | Vallejo, CA 94590 |
| 4 | Telephone:     (415) 444-5800 |
| 5 | Facsimile:      (415) 674-9900 |
|   | Email: tfrankovich@disabilitieslaw.com |

Attorney for Plaintiffs IRMA RAMIREZ
and DAREN HEATHERLY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IRMA RAMIREZ; and DAREN HEATHERLY, | ) Case No. 4:15-cv-02282-KAW |
|---|---|
| Plaintiffs, | ) **STIPULATION OF DISMISSAL AND** |
| v. | ) **[PROPOSED] ORDER THEREON** |
| GANESHA RESTAURANT, *et al.*, | ) |
| Defendants. | ) |

   The Parties, by and through their respective counsel, stipulate to the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action may be, and hereby is, dismissed with prejudice and that each side is to bear its own costs and attorneys' fees.

//

//

//

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381-82 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Respectfully Submitted,

Dated: August 16, 2016    THOMAS E. FRANKOVICH, APLC
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiffs

Dated: August 16, 2016    LAW OFFICES OF MICHAEL HEATH

By: /s/ Michael Heath
Michael Heath
Attorney for Defendants GEORGE CHANG and JENNY CHANG

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and that each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement become necessary.

Dated: 8/30, 2016

*Kandis Westmore*
Hon. Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**